UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG,**

Plaintiffs,

v.   Case No: 6:13-cv-1215-Orl-18DAB

**EUROCARTECHNOLOGY, L.L.C. and
MARCELINO GARCIA,**

Defendants.

## ORDER

This case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion For Default Judgment against Eurocar Technology, L.L.C. and Marcelino Garcia (Doc. No. 15). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED.** The Motion for Final Default Judgment is **GRANTED** and will be entered by separate order. The Court reserves jurisdiction to award attorneys' fees and orders BMW to file any motion and memorandum of law for such relief within 14 days of this order.

**DONE AND ORDERED** at Orlando, Florida, this _____ day of March, 2014.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record