# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BMW OF NORTH AMERICA, LLC,
BAYERISCHE MOTOREN WERKE AG,

      Plaintiffs,

v.                                       Case No. 6:13-cv-1215-Orl-18DAB

EUROCAR TECHNOLOGY, L.L.C.,
MARCELINO GARCIA,

      Defendants.
_____

## ORDER

THIS CAUSE was referred to United States Magistrate Judge David A. Baker for a report and recommendation on Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG's Motion for Attorneys' Fees and Costs (Doc. 20). Judge Baker issued his Report and Recommendation on July 15, 2014 (Doc. 23). Having reviewed the Report and Recommendation (Doc. 23), and there being no timely objections filed, it is hereby

**ORDERED** and **ADJUDGED** that the Report and Recommendation (Doc. 23) is **APPROVED** and **ADOPTED**. Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG's Motion for Attorneys' Fees (Doc. 20) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on this ____ day of August, 2014.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties